**Order entered April 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00202-CV

## MILLBROOK HEALTHCARE AND REHABILITATION CENTER, Appellant

## V.

## SHAUNDRA EDWARDS, ON BEHALF OF
## THE ESTATE OF GEORGIA CULLENS, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07856-A**

## ORDER

We **GRANT** appellee's April 1, 2014 unopposed motion for an extension of time to file a brief. Appellee shall file her brief on or before April 29, 2014. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.


/s/    ADA BROWN
        JUSTICE